IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY WILSON,<br><br>    Defendant. | 4:15CR3002<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's oral motion to modify the conditions of pretrial release, (filing no. 8), is granted.

2) The defendant shall not travel outside the State of Nebraska without the prior approval of pretrial services. His travel is not limited to Lincoln County, Nebraska.

January 29, 2015.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge